# OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601　　　　1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400　　F. 201.265.0303　　　　　　　　　　　　　　　　　　　　　　　　　　T.212.354.0111

May 17, 2019

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:　*Hake, et al. v. Credit Suisse AG, et al.,* **Docket No. 1:19-mc-24 (VEC)**

Dear Judge Caproni:

　　The undersigned counsel for plaintiffs Kelli Hake and Mati Gill and defendant Credit Suisse AG ("Credit Suisse") write to provide an update on the status of this matter, in accordance with the Court's Order of April 22, 2019. *See* ECF No. 44.

　　The parties continue to work collaboratively and in good faith to resolve this matter. The parties have agreed to a Protective Order and submitted it to the *Hake* court in the District of Columbia. Credit Suisse was not served with a subpoena in the underlying *Gill* action. Once the court enters the Protective Order, Credit Suisse will make a production.

　　In light of the parties' continued progress, we respectfully request that we update the Court on the status of this matter no later than June 14, 2019. We thank the Court for its consideration of this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

By: _/s/ Gerard Filitti_____　　　　　By: _/s/ Kevin C. Kelly_____
　　Gerard Filitti　　　　　　　　　　　　　　　　Kevin C. Kelly

OSEN LLC　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
2 University Plaza, Suite 402　　　　　　　　　　1221 Avenue of the Americas
Hackensack, NJ 07601　　　　　　　　　　　　　New York, NY 10020
Telephone: 201-265-6400　　　　　　　　　　　Telephone: 212-506-2497
gfilitti@osenlaw.com　　　　　　　　　　　　　　kkelly@mayerbrown.com

*Counsel for Hake & Gill Plaintiffs*　　　　　　　*Counsel for Credit Suisse AG*