**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601　　　　　　　　　　1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400　　F. 201.265.0303　　　　　　　　　　　　　　　　　　　　　　　　T.212.354.0111

June 20, 2019

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

　　　　Re:　　*Hake, et al. v. Credit Suisse, et al.*, Docket No. 1:19-mc-24 (VEC)

Dear Judge Caproni:

　　　　The undersigned counsel for plaintiffs Kelli Hake and Mati Gill and defendant The Bank of New York Mellon ("BNYM") write to provide an update on the status of this matter.

　　　　The parties continue to work to resolve their outstanding disagreements regarding the spreadsheets of transactions produced by BNYM. The parties therefore respectfully request an extension of time until July 22, 2019 to give them sufficient time to try to resolve, in good faith, what remains of this dispute. Accordingly, we would update the Court on the status of this matter no later than July 22, 2019.

　　　　We thank the Court for its continued consideration of this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


By: __/s/ Gerard Filitti_____　　　　　　　　By: __/s/ Steven B. Feigenbaum_____
　　　Gerard Filitti　　　　　　　　　　　　　　　　　Steven B. Feigenbaum

OSEN LLC　　　　　　　　　　　　　　　　　KATSKY KORINS LLC
2 University Plaza, Suite 402　　　　　　　　605 Third Avenue
Hackensack, NJ 07601　　　　　　　　　　　New York, NY 10158
Telephone: 201-265-6400　　　　　　　　　Telephone: 212-953-6000
gfilitti@osenlaw.com　　　　　　　　　　　　sfeigenbaum@katskykorins.com
*Counsel for Hake & Gill Plaintiffs*　　　　　　*Counsel for The Bank of New York Mellon*