

**OSEN LLC**
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601  
T. 201.265.6400   F. 201.265.0303

1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018  
T.212.354.0111

June 20, 2019

**VIA ECF**

Hon. Valerie E. Caproni  
United States District Court  
Southern District of New York  
40 Foley Square, Room 240  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2019
```

      Re:    *Hake, et al. v. Credit Suisse, et al.*, **Docket No. 1:19-mc-24 (VEC)**

Dear Judge Caproni:

    The undersigned counsel for plaintiffs Kelli Hake and Mati Gill and defendant The Bank of New York Mellon ("BNYM") write to provide an update on the status of this matter.

    The parties continue to work to resolve their outstanding disagreements regarding the spreadsheets of transactions produced by BNYM. The parties therefore respectfully request an extension of time until July 22, 2019 to give them sufficient time to try to resolve, in good faith, what remains of this dispute. Accordingly, we would update the Court on the status of this matter no later than July 22, 2019.

    We thank the Court for its continued consideration of this matter.

                               Respectfully submitted,

By: __/s/ Gerard Filitti_____  
      Gerard Filitti

OSEN LLC  
2 University Plaza, Suite 402  
Hackensack, NJ 07601  
Telephone: 201-265-6400  
gfilitti@osenlaw.com  
*Counsel for Hake & Gill Plaintiffs*

By: __/s/ Steven B. Feigenbaum_____  
      Steven B. Feigenbaum

KATSKY KORINS LLC  
605 Third Avenue  
New York, NY 10158  
Telephone: 212-953-6000  
sfeigenbaum@katskykorins.com  
*Counsel for The Bank of New York Mellon*

Application GRANTED. Absent extraordinary circumstances, further extensions are unlikely to be granted. In their July 22, 2019 status update, the parties are ORDERED to propose a schedule for briefing BNYM's opposition to this motion.

This status update was due on June 14, 2019, *see* Dkt. 53, but was not received until the evening of June 20--after chambers staff contacted counsel to remind him of the Court's order. The parties are warned against further noncompliance with this Court's orders. Should compliance with a deadline become inconvenient, they must apply to the Court for an extension.

SO ORDERED.

6/21/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE