UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

KELLI D. HAKE and MATI GILL,                          :
:
                                        Plaintiffs,   :
:
                        -against-                     :
:
CREDIT SUISSE AG; THE BANK OF NEW                     :
YORK MELLON; and ING FINANCIAL                        :
HOLDINGS, LLC,                                        :
:
                                        Defendants.   :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2019

19-mc-24 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 17, 2019, the Court granted a request by Plaintiffs and Defendant

Credit Suisse AG that they be permitted to update the Court no later than July 14, 2019 on the

status of their efforts to resolve this matter without judicial intervention, *see* Dkt. 57,

IT IS HEREBY ORDERED that in their July 14, 2019 status update, Plaintiffs and

Defendant Credit Suisse AG must propose a schedule for briefing Defendant Credit Suisse AG's

opposition to Plaintiffs' motion to compel.  Absent extraordinary circumstances, requests for

further extensions of the stay on proceedings vis-à-vis Credit Suisse AG are unlikely to be

granted.

**SO ORDERED.**

**Date:  June 21, 2019**
**        New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**