UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| KELLI D. HAKE and MATI GILL, | Index No. 19-mc-00024 (VEC) |
| Plaintiffs, | |
| -against- | NOTICE OF CROSS-MOTION<br>FOR PROTECTIVE ORDER |
| CREDIT SUISSE AG, WELLS FARGO BANK, N.A., THE BANK OF NEW YORK MELLON and ING FINANCIAL HOLDINGS, LLC, | |
| Defendants. | |

_____

PLEASE TAKE NOTICE that upon the July 31, 2019 declaration of Steven B. Feigenbaum, the exhibits attached thereto, the July 24, 2019 declaration of Carrie Sears, and the accompanying memorandum of law, The Bank of New York Mellon ("BNYM") will cross-move this Court, pursuant to Federal Rules of Civil Procedure 26 and 45, on a date and time to be set by the Court, (a) for a protective order as to the two non-party subpoenas served on BNYM in *Kelli D. Hake, et al., v. Bank Markazi Jomhouri Islami Iran, et al.*, No. 17-cv-114 (TJK) (D.D.C.) (the "Gill Subpoenas"), and the one non-party subpoena served on BNYM in *Mati Gill v. Islamic Republic of Iran*, No. 15-cv-2272 (RBW) (D.D.C.) (the "Hake Subpoena"), decreeing (i) that BNYM need not prepare a log of the searches, and search terms, it used to comply with the Gill and Hake Subpoenas; (ii) that BNYM need not unredact those fields nowy redacted in its spreadsheets of transactions responsive to the Gill Subpoenas, subject only to its good-faith assessment of any request by plaintiffs to unredact information on a transaction-by-transaction basis; and (iii) that BNYM is in full compliance with the Gill and Hake Subpoenas; and (b) for such further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's Order dated July 23, 2019 (ECF No. 68), plaintiffs' opposition papers shall be electronically filed by August 8, 2019, BNYM's reply papers shall be electronically filed by August 12, 2019, and courtesy copies of the parties' papers shall be submitted to the Court's chambers by 5:00 p.m. on August 13, 2019.

Dated: New York, New York
July 31, 2019

KATSKY KORINS LLP

By: /s/
Steven B. Feigenbaum
Haley E. Adams
605 Third Avenue
New York, New York 10158
(212) 953-6000
*Attorneys for The Bank of New York Mellon*