# EXHIBIT 9



**From:** Gerard Filitti [mailto:gfilitti@osenlaw.com]
**Sent:** Saturday, April 20, 2019 12:25 PM
**To:** Feigenbaum, Steven
**Subject:** BNYM's production in Hake and Gill

Steve,

Following our e-mail exchange yesterday, I have gone through BNYM's supplemental production more thoroughly. We have not yet received unredacted versions of the records listed in the following worksheets from BNYM's June 26, 2018 productions in *Gill*:

1. Abdullahi Mustafa
2. Hesa Iran
3. Iran Aircraft Industries
4. Iran Investment Company
5. Islamic Resistance
6. Manufacturing Support
7. NIOC London
8. Petropars
9. Saha Iran

Best,
Gerard

Gerard Filitti
Attorney at Law

**OSEN LLC**
2 University Plaza, Suite 402
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
gfilitti@osenlaw.com
www.osenlaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC - Attorneys at Law.